IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: )
) Cr. Misc. No. # 550
GUILTY PLEAS IN )
CRIMINAL CASES )

    In the interest of an orderly disposition of criminal cases, and in order to avoid the unnecessary expense and disruption in the lives of citizens of this district caused by last minute pleas of guilty after prospective jurors have been brought to court, this court has established a practice of setting a consent docket on the Wednesday before a criminal trial term is to begin the following Monday. The purpose of the consent docket is to take guilty pleas which have not been entered earlier, and to ascertain at that time how many prospective jurors actually need to be brought to court. In furtherance of that goal, it is hereby,

    ORDERED that, except in the most unusual circumstances and for good cause shown, the judges of this court will not accept plea agreements entered into pursuant to Rule 11(e)(1)(C) any later than the consent docket held on the Wednesday preceding a term of criminal court.

    Done this 25th day of March 1999.

    /s/ W. Harold Albritton
    CHIEF UNITED STATES DISTRICT JUDGE

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE

    /s/ Ira De Ment
    UNITED STATES DISTRICT JUDGE