IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE                                              )
                                                   )
                                                   )   CR MISC NO. 99-550
                                                   )
GUILTY PLEAS IN CRIMINAL CASES    )

     In the interest of an orderly disposition of criminal cases, and in order to avoid the unnecessary expense and disruption in the lives of citizens of this district caused by last minute pleas of guilty after prospective jurors have been brought to court, this court has established a practice of setting a notice of intent to plea deadline twelve days before a criminal term and a guilty plea deadline no later than seven days before a criminal term. The purpose of these deadlines is to assure that guilty pleas are entered in a timely manner and to ascertain at that time how many prospective jurors actually need to be brought to court. In furtherance of that goal, it is hereby,

     ORDERED that this court's order (Cr. Misc. No. 99-550, Doc #1) entered March 25, 1999, is hereby VACATED.

     It is further ORDERED that, except in the most unusual circumstances and for good cause shown, the judges of this court will not accept plea agreements entered into pursuant to Rule 11(c)(1)(A) or (C) any later than the established guilty plea deadline preceding a term of criminal court.

     Done this __23rd__ day of __August__ 2007.

_____
CHIEF UNITED STATES DISTRICT JUDGE

_____
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES DISTRICT JUDGE